**FILED**

September 24, 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ **NM**

DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| WINDMILL WELLNESS RANCH, L.L.C. and USAA PLAN MEMBERS A.H., et. al. | ) ) ) ) | |
| Plaintiffs | ) ) | |
| v. | ) ) | CIVIL ACTION NO. SA-22-CV-1201-OLG |
| UNITED SERVICES AUTOMOBILE ASSOCIATION and USAA MEDICAL CARE PLAN | ) ) ) ) | |
| Defendants | ) | |

## ORDER

The Court has considered the report and recommendation of United States Magistrate Judge Henry J. Bemporad, filed in the above-styled and numbered cause on July 31, 2024. Docket no. 42. Defendants filed objections. Docket no. 43.

The Court has conducted an independent review of those portions of the report to which objection is made. *See* 28 U.S.C. § 636(b)(1)(C); FED. R. CIV. P. 72(b). After review, the Court finds that the Magistrate Judge's recommendation should be accepted.

It is therefore ORDERED that the Magistrate Judge's recommendation (docket no. 42) is ACCEPTED. For the reasons stated in the recommendation, Defendants' motion to dismiss claims in the third amended complaint (docket no. 38) is DENIED on Plan Members' Article III standing; DENIED WITHOUT PREJUDICE on Windmill's derivative standing; and GRANTED IN PART on the

federal and state Parity Act claims. The federal and state Parity Act claims are

DISMISSED WITH PREJUDICE.

It is so ORDERED this _____ day of September, 2024.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE