**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **WINDMILL WELLNESS RANCH, L.L.C. *et al.*,** <br> **Plaintiffs,** <br> **v.** <br> **UNITED SERVICES AUTOMOBILE ASSOCIATION and USAA MEDICAL CARE PLAN,** <br> **Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL NO. SA-22-CV-1201-OLG** |

**ORDER**

The Court has considered United States Magistrate Judge Henry J. Bemporad's Report and Recommendation (the "Report") (Dkt. No. 71), filed on June 24, 2026, that Defendants' Motion for Summary Judgment (Dkt. No. 63) be granted in part and denied in part. The parties filed objections to the Report, *see* Dkt. Nos. 74; 77, as well as responses and replies thereto. *See* Dkt. Nos. 78–81.

When a party objects to a magistrate judge's report and recommendation, the district court must conduct a de novo review as to those portions of the report and recommendation to which an objection is made. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b); *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Frivolous, conclusory, or general objections need not be considered by the district court. *See Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987). Any portions of the magistrate judge's finding or recommendation that were not objected to are reviewed for clear error. *Wilson*, 864 F.2d at 1221.

The Court has reviewed the entirety of the Report de novo, including those portions subject to the Objections, and is of the opinion that it is substantively correct. Accordingly, the Objections (Dkt. Nos. 74; 77) are **OVERRULED**, the Report (Dkt. No. 71) is **ACCEPTED**, and the Motion

(Dkt. No. 63) is **GRANTED IN PART** and **DENIED IN PART** such that the ERISA claim—whether properly asserted directly by the USAA Plan Members or derivatively by Windmill Wellness Ranch, L.L.C.—is **DISMISSED WITH PREJUDICE**.

This case is **CLOSED**.

**IT IS SO ORDERED**.

**SIGNED** on September 8, 2026.

ORLANDO L. GARCIA
United States District Judge